UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
Eastern Division

Brian Lavin
                               Plaintiff,

v.                                          Case No.: 1:17–cv–01014
                                                              Honorable Manish S. Shah

Sam K Reed, et al.
                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 28, 2017:

      MINUTE entry before the Honorable Manish S. Shah:The motion to stay litigation and appointing lead counsel [15] is granted. Enter Agreed Order. No appearance on 8/3/17 and 8/4/17 is necessary. The parties are directed to file a status report on the progress of the related litigation by 10/26/17. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.