UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRIAN LAVIN, Derivatively on Behalf of TREEHOUSE FOODS, INC.,<br><br>                Plaintiff,<br><br>         v.<br><br>SAM K. REED, DENNIS F. RIORDAN, CHRISTOPHER D. SILVA, GEORGE V. BAYLY, LINDA K. MASSMAN, DENNIS F. O'BRIEN, FRANK J. O'CONNELL, ANN M. SARDINI, GARY D. SMITH, TERDEMA L. USSERY, II, and DAVID B. VERMYLEN,<br>                Defendants,<br><br>    and<br><br>TREEHOUSE FOODS, INC., a Delaware corporation,<br><br>                Nominal Defendant. | Case No. 1:17-cv-01014<br><br>**STIPULATION AND [PROPOSED] ORDER CONSOLIDATING ACTIONS** |

- And -

| DONALD BARTELT, Derivatively on Behalf of TREEHOUSE FOODS, INC., | )<br>)<br>) | |
|---|---|---|
| Plaintiff, | )<br>)<br>) | Case No. 1:19-cv-00835 |
| v. | )<br>) | |
| SAM K. REED, GEORGE V. BAYLY, LINDA K. MASSMAN, DENNIS F. O'BRIEN, FRANK J. O'CONNELL, ANN M. SARDINI, GARY D. SMITH, DAVID B. VERMYLEN, TERDEMA L. USSERY, II, ROBERT B. AIKEN JR., DENNIS F. RIORDAN, CHRISTOPHER D. SLIVA, and MATTHEW J. FOULSTON, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |
| Defendants, | )<br>) | |
| and | )<br>) | |
| TREEHOUSE FOODS, INC., a Delaware corporation, | )<br>)<br>) | |
| Nominal Defendant. | )<br>) | |

WHEREAS, this Stipulation and [Proposed] Order Consolidating Actions was previously presented in *Bartelt v. Reed et al.*, Case No. 1:19-cv-00835 (N.D. Ill.) (Norgle, J.);

WHEREAS, Judge Norgle held a hearing on this Stipulation on June 19, 2019, and instructed counsel to refile this Stipulation in this action, *Lavin v. Reed et al.*, Case No. 1:17-cv-01014 (N.D. Ill.) (Shah, J.), because it is the lower-numbered case;

WHEREAS, there are presently two actions brought as shareholder derivative actions allegedly on behalf of nominal defendant Treehouse Foods, Inc. ("Treehouse" or the "Company") pending in this Court, as follows:

| Abbreviated Case Name | Case Number | Judge | Filing Date |
|---|---|---|---|
| 1. *Lavin v. Reed, et al.* | 1:17-cv-01014 | Manish Shah | 02/07/2017 |
| 2. *Bartelt v. Reed, et al.* | 1:19-cv-00835 | Charles R. Norgle, Sr. | 02/08/2019 |

WHEREAS, both *Lavin* and *Bartelt* (together, the "Actions") assert claims for breach of fiduciary duty and related relief, allegedly on behalf of nominal defendant Treehouse, against certain of its current and former directors and officers, and such claims arise out of the same or substantially the same transactions or events;

WHEREAS, the parties agree that the interests of justice will be served by consolidating the *Lavin* and *Bartelt* actions before this Court, with the *Lavin* action to be designated as the lead action (the "Consolidated Action");

WHEREAS, pursuant to an agreed order entered October 10, 2018 ("Deferral Order"), the *Lavin* action is presently deferred pending the earlier of (i) an order on any summary judgment motions that may be filed in a putative federal securities class action captioned, *Public Employees' Retirement System of Mississippi v. Treehouse Foods, Inc. et al.*, No. 1:16-cv-10632 (the "Federal Securities Action"), or (ii) Plaintiff's counsel in *Lavin* receiving notification that there has been a settlement reached in the Federal Securities Action, or until otherwise agreed to by the parties;

WHEREAS, the Deferral Order further provides, among other things, that, unless otherwise altered, it shall apply to each derivative case arising out of the same or substantially the same transactions or events as *Lavin*, which is subsequently filed in, removed to, or transferred to this Court and consolidated with *Lavin*, and thus, upon consolidation, the *Bartelt* action will, together with *Lavin*, be subject to all of the terms of Deferral Order;

WHEREAS, Defendants and nominal defendant Treehouse agree that the *Lavin* and *Bartelt* actions should be consolidated and subject to the Deferral Order;

THEREFORE, IT IS HEREBY AGREED AND STIPULATED by parties, through their respective counsel of record, as follows:

1. The following actions shall be consolidated for all purposes, including pre-trial proceedings and trial:

| Abbreviated Case Name | Case Number | Judge | Filing Date |
|---|---|---|---|
| *1. Lavin v. Reed, et al.* | 1:17-cv-01014 | Manish Shah | 02/7/2017 |
| *2. Bartelt v. Reed, et al.* | 1:19-cv-00835 | Charles R. Norgle, Sr. | 02/8/2019 |

2. Every pleading filed in this consolidated action, or in any separate actions included herein, shall bear the following caption:

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re TREEHOUSE FOODS, INC. DERIVATIVE LITIGATION | ) ) ) ) | No. 1:17-cv-001014 |
| This Document Relates To: | ) ) ) ) | |

3. The Deferral Order shall remain in full force and effect following consolidation and, upon consolidation, pursuant to the terms of the Deferral Order, the *Lavin* action shall remain, and the *Bartelt* action shall become, subject to the Deferral Order.

4. If a case which properly belongs as part of *In re Treehouse Foods, Inc. Derivative Litigation*, No. 1:17-cv-01014, is hereafter filed in the Court or transferred here from another court, this Court requests the assistance of counsel in calling to the attention of the Clerk of the Court the filing or transfer of such case for purposes of its consolidation as part of the Consolidated Action, and counsel are to assist in assuring that counsel in subsequent actions receive notice of this Order and the Deferral Order.

5. This Order shall apply to each derivative case arising out of the same or substantially the same transactions or events as the Actions, which is subsequently filed in, removed to, or transferred to this Court.

DATED: June 25, 2019            GLANCY PRONGAY & MURRAY LLP

/s/ Matthew M. Houston
Matthew M. Houston
Benjamin I. Sachs-Michaels
712 Fifth Avenue, 31st Floor
New York, NY 10019
Telephone: (212) 935-7400

GLANCY PRONGAY & MURRAY LLP
Robert V. Prongay
Lesley F. Portnoy
Pavithra Rajesh
1925 Century Park East
Los Angeles, CA 90067
Telephone: (310) 201-9150

LAW OFFICE OF NORMAN RIFKIND
Norman Rifkind
100 E. Huron Street, #1306
Chicago, IL 60611
Telephone: (847) 372-4747

*Attorneys for Plaintiff Donald Bartelt*

THE ROSEN LAW FIRM, P.A.

/s/ Phillip Kim
Phillip Kim
275 Madison Avenue, 34th Floor
New York, NY 11771
Telephone (212) 686-1060
Email: pkim@rosenlegal.com

THE BROWN LAW FIRM, P.C.
Timothy W. Brown
204 Townsend Square
Oyster Bay, NY 11771
Telephone: (516) 922-5427
Email: tbrown@thebrownlawfirm.net

HEFFNER HURST
Matthew T. Heffner
30 North LaSalle Street, 12th Floor
Chicago, IL 60602
Telephone: (312) 346-34666
Email: mheffner@heffnerhurst.com

*Attorneys for Plaintiff Brian Lavin*

WINSTON & STRAWN LLP

/s/ James P. Smith III
James P. Smith III
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Email: JPSmith@winston.com

WINSTON & STRAWN LLP
Dan K. Webb
Matthew R. Carter
Brian J. Nisbet
Elizabeth S. Deshaies
Samuel M. Zuidema
35 West Wacker Drive
Chicago, IL 60601-9703
Telephone: (312) 558-5600
Email: mcarter@winston.com

*Attorneys for Defendants Sam K. Reed, George V. Bayly, Linda K. Massman, Dennis O'Brien, Frank J. O'Connell, Ann M. Sardini, Gary D. Smith, David B. Vermylen, Tredema L. Ussery, II, Dennis F. Riordan, Christpoher D. Silva, and Matthew J. Foulston*

CROTTY & SCHILTZ, LLC

/s/ Eugene J. Schiltz
Eugene J. Schiltz
Sean B. Crotty
120 N. LaSalle St., Floor 20
Chicago, IL 60602
Telephone (312) 444-1000
Email: gschiltz@crottylaw.com

*Attorneys for Defendant Robert B. Aiken, Jr.*

**SO ORDERED:**

_____